SSS:JV
F. #2019R01099

```
                    FILED
              IN CLERK'S OFFICE
           U.S. DISTRICT COURT E.D.N.Y.
           ★    SEP 12 2019    ★
               BROOKLYN OFFICE
```

**CR 19 421**

**DEARIE, J.**

**GOLD, M.J.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

SCOTT ALLAN SMITH,

　　　　　　Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C., §§ 875(c) and
 3551 et seq.)

THE GRAND JURY CHARGES:

<u>TRANSMISSION OF THREATS TO INJURE</u>

　　On or about August 3, 2019, within the Eastern District of New York and elsewhere, the defendant SCOTT ALLAN SMITH did knowingly and intentionally transmit in interstate commerce one or more communications containing one or more threats to injure the person of another, to wit: communications threatening the life of, and threatening bodily injury to, Jane Doe, an individual whose identity is known to the Grand Jury.

　　(Title 18, United States Code, Sections 875(c) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F.#: 2019R01099
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

SCOTT ALLAN SMITH,

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 875(c) and 3551 et seq.)

*A true bill.*

_____ *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____ *Clerk*

Bail, $ _____

*John Vagelatos, Assistant U.S. Attorney*
*(718) 254-6182*